No. 71–5238.  TERRY v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 71–5240.  McKEE v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 71–5241.  PICKELL v. REED ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 71–5243.  WILLIAMS v. HENDERSON, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 71–5244.  JOLLEY v. IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 5th Cir.  Certiorari denied.

No. 71–5245.  ANGLIN v. DIRECTOR, PATUXENT INSTITUTION.  C. A. 4th Cir.  Certiorari denied.

No. 71–5246.  BICKFORD v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 71–5248.  FINLEY v. CRAVEN, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 71–5249.  SCRUGGS ET AL. v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 71–5250.  BANKSTON v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 71–5251.  GRIGGS v. ALASKA.  Sup. Ct. Alaska.  Certiorari denied.

No. 71–5252.  HITCHCOCK v. ARIZONA ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 71–5254.  CAFFEY v. SWENSON, WARDEN.  C. A. 8th Cir.  Certiorari denied.